**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| **HEIRS OF THE ESTATE OF** § | |
| **WILLIAM & ELLA ANDERSON,** § | |
| **DECEASED AND MONTEEN** § | |
| **ANDERSON PRUITT** § | |
| § | **CIVIL ACTION NO. 6:06-CV-194** |
| **V.** § | |
| § | |
| **SUN OIL CRUDE, ET AL.** § | |

**ORDER ADOPTING REPORT AND
RECOMMENDATION OF MAGISTRATE JUDGE**

The above entitled and numbered civil action was referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636. The Report and Recommendation of the Magistrate Judge, which contains his proposed findings of fact and recommendations, has been presented for consideration (Doc. No. 116). The parties did not file any objections to the Report and Recommendation. The Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct. Therefore, the Court hereby adopts the Report and Recommendation of the United States Magistrate Judge as the findings of this Court.

Accordingly, it is **ORDERED** that Plaintiffs are required to answer this Court within fifteen days of receipt of this order and show good cause why they have not effected service in accordance with Rule 4(m) of the Federal Rules of Civil Procedure as to Arco Oil & Gas. If good cause is not shown, Plaintiffs' claims against Defendant Arco Oil & Gas will be dismissed in accordance with Rule 4(m) of the Federal Rules of Civil Procedure.

**So ORDERED and SIGNED this 4th day of September, 2007.**



**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**