**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| **HEIRS OF THE ESTATE OF** | § | |
| **WILLIAM & ELLA ANDERSON,** | § | |
| **DECEASED AND MONTEEN** | § | |
| **ANDERSON PRUITT** | § | |
| | § | **CIVIL ACTION NO. 6:06-CV-194** |
| **V.** | § | |
| | § | |
| **SUN OIL CRUDE, ET AL.** | § | |

**ORDER ADOPTING REPORT AND
RECOMMENDATION OF MAGISTRATE JUDGE**

The above entitled and numbered civil action was referred to United States Magistrate Judge

John D. Love pursuant to 28 U.S.C. § 636.  The Report and Recommendation of the Magistrate

Judge, which contains his proposed findings of fact and recommendations, has been presented for

consideration (Doc. No. 115).   The parties did not file any objections to the Report and

Recommendation.  The Court is of the opinion that the findings and conclusions of the Magistrate

Judge are correct.  Therefore, the Court hereby adopts the Report and Recommendation of the United

States Magistrate Judge as the findings of this Court.

Accordingly, it is **ORDERED** that Defendants' Motions to Dismiss as to Defendants

Amerada Hess (Doc. No. 96); Sunoco Partners Marketing & Terminals L.P. ("Sunoco"), incorrectly

referred to as "Sun Oil Crude" (Doc. Nos. 97 and 114); and OXY (Doc. No. 101) are **GRANTED**

for lack of subject matter jurisdiction, and Plaintiffs' case is **DISMISSED** as to these Defendants.

Further, it is **ORDERED** that Sunoco's Motion to Strike the Amended Plea of Complaint

(Doc. No. 113) is **DENIED** as moot, and Plaintiffs' Motion to Deny Defendants' Motion for

Dismissal (Doc. No. 108) is **DENIED**.

Finally, it is **ORDERED** that Texaco and Chevron's Motion to Dismiss (Doc. No. 85) for

improper service is **DENIED**.  However, the Court notes that Plaintiffs must serve Texaco and

Chevron with a summons, together with a copy of Plaintiffs' complaint, within 45 days of the

Court's order, in conformity with the Federal Rules of Civil Procedure and this Court's order.

**So ORDERED and SIGNED this 4th day of September, 2007.**

_____

**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**